# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**GENE GRAHAM**                                              **PLAINTIFF**

v.                               **No. 4:12-cv-644-DPM**

**TAX GROUP CENTER, INC.**
**and TONY GAGLIARDO**                              **DEFENDANTS**

## ORDER

Graham's motion to dismiss TGC's counterclaim, № 21, is denied.
Graham is correct: the Court's Final Scheduling Order required parties to ask
leave to amend a pleading by 2 December 2013; the Order did not grant
permission to make amendments until that date. A compulsory counterclaim,
as this one is, must be part of a pleading. FED. R. CIV. P. 13(a). TGC has
explained why the counterclaim was so late in coming, № 24; and the Federal
Rules encourage amendment of pleadings to join the issues. FED. R. CIV. P.
15(a)(2). No prejudice appears—discovery is open for three months. The
Court construes TGC's counterclaim as a motion for permission to amend its
answer and belatedly assert the compulsory counterclaim alleging fraud by
Graham. The Clerk shall amend the docket sheet. Motion, № 20, granted.
TGC's amended answer including the counterclaim is due by 14 January 2014.

So Ordered.

D.P. Marshall Jr.
United States District Judge

_7 January 2014_____