IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GENE GRAHAM     PLAINTIFF

v.     No. 4:12-cv-644-DPM

TAX GROUP CENTER, INC.
and TONY GAGLIARDO     DEFENDANTS

ORDER

Motion to strike, № 31, denied. Defendants say they provided a last known address for Nittolo and that he is outside their control. № 33. Graham had ample time to find and serve Nittolo before discovery ended on 3 March 2014. If Defendants intend to call Nittolo at trial, they will have to provide solid contact information in their pre-trial disclosure sheet.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

16 April 2014