**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

GENE GRAHAM                                                                                          PLAINTIFF

VS.                              CASE NO. 4:12CV00644 DPM

TAX GROUP CENTER, et al.                                                              DEFENDANTS

## ORDER

The parties in this action have reached a settlement following a conference before United States Magistrate Judge J. Thomas Ray. Pursuant to a confidentiality agreement, which has been made part of the settlement, the transcript setting forth the terms of the settlement will remain under seal.

IT IS SO ORDERED, this 7th day of May, 2014.

*/s/ J. Thomas Ray*
_____
UNITED STATES MAGISTRATE JUDGE